UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-cv-62322-BLOOM/Valle**

BILAL SALEH,
individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

ME BATH SPA EXPERIENCE, LLC**,**

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On January 11, 2018, this Court entered a stay of the proceedings pending a ruling from the D.C. Circuit Court of Appeals in *ACA International v. FCC*, Case No. 15-1211.  The Court takes judicial notice that, on March 16, 2018, the D.C. Circuit issued its opinion in *ACA International* and thereafter issued its Mandate on May 8, 2018.  Because these proceedings were stayed solely to await the D.C. Circuit's ruling in *ACA International* and such a ruling has become final by the issuance of the Mandate, there is no longer a need for a stay.  Accordingly, it is

**ORDERED AND ADJUDGED** that that the Clerk of Court is **DIRECTED** to **REOPEN** this case.  Defendant shall file its response to the Complaint no later than **May 21, 2018**.  The Court will issue a separate Amended Scheduling Order.

1

Case No. 17-cv-62322-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 14th day of May, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT COURT**

Copies to:

Counsel of Record