**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:17cv62322**

BILAL SALEH,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

ME BATH SPA EXPERIENCE LLC,
a Delaware Corporation,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

  Plaintiff, BILAL SALEH, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 18, 2018        Respectfully Submitted,

                /s/ Jibrael S. Hindi
              **JIBRAEL S. HINDI, ESQ.**
              Florida Bar No.: 118259
              E-mail: jibrael@jibraellaw.com
              The Law Offices of Jibrael S. Hindi
              110 SE 6th Street, Suite 1744
              Fort Lauderdale, Florida 33301
              Phone: 954-907-1136
              Fax:  855-529-9540

              *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:   855-529-9540