# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.:  0:17cv62322**

BILAL SALEH,
individually and on behalf of all
others similarly situated,

**CLASS ACTION**

    Plaintiff,

v.

ME BATH SPA EXPERIENCE LLC,
a Delaware Corporation,

    Defendant.
_____/

## JOINT MOTION TO DISMISS

The parties have settled all disputes between them and jointly request that this case be dismissed with prejudice.  Each party is to bear their own attorneys' fees and costs.  All parties have reviewed this stipulation.

Dated this 5th day of June 2018.

| | |
|---|---|
| */s/  Jibrael Hindi\** | */s/ Leanne Prendergast* |
| Jibrael S. Hindi, Esq. | Leanne McKnight Prendergast, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 59544 |
| jibrael@jibraellaw.com | Leanne.prendergast@fisherbroyles.com |
| The Law Offices of Jibrael S. Hindi | 12620 Beach Blvd. Ste. 3 #126 |
| 110 S. E. 6th Street, Suite 1744 | Jacksonville, Florida 32246 |
| Fort Lauderdale, FL 33301 | Telephone: 904-479-6612 |
| Telephone: (954) 907-1136 | |
| Facsimile: (855) 529-9540 | William J. Akins, Esq. |
| *Attorneys for Plaintiff* | Texas Bar No. 24011972 |
| | william.akins@fisherbroyles.com |
| *\*counsel has authorized the use of his electronic signature* | 100 Congress Avenue, Suite 2000 |
| | Austin, TX 78701 |
| | Telephone: (214) 924-9504 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 5th 2018,** via the Clerk of Court's CM/ECF system which will provide electronic notice to the following attorney of record: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com. *(Attorneys for Plaintiff).*

*/s/ Leanne Prendergast*
Leanne McKnight Prendergast, Esq.
Florida Bar No. 59544
Leanne.prendergast@fisherbroyles.com
12620 Beach Blvd. Ste. 3 #126
Jacksonville, Florida 32246
Telephone: 904-479-6612