**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-62322-BLOOM/Valle**

BILAL SALEH,
individually and on behalf of
all others similarly situated, will do

      Plaintiffs,

v.

ME BATH SPA EXPERIENCE, LLC,

      Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

      **THIS CAUSE** is before the Court upon the parties' Joint Motion to Dismiss, ECF No. [25] (the "Motion"). The Court having considered the Motion and being otherwise duly informed therein, it is

      **ORDERED AND ADJUDGED** that the parties' Motion, **ECF No. [25]**, is **GRANTED**, and the matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorney's fees and costs. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**. The Clerk is directed to **CLOSE** this case.

      **DONE AND ORDERED** in Miami, Florida, this 6th day of June, 2018.

                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record